UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL RIVERA,

    Plaintiff,

v.   Case No: 2:13-cv-482-FtM-29UAM

LIGHTHOUSE RECOVERY
ASSOCIATES, LLC, a foreign limited
liability company

    Defendant.

## ORDER

This cause is before the Court on Plaintiff's Motion for Entry of Clerk's Default (Doc. 9) filed on August 5, 2013. Plaintiff is requesting that the Court enter an order granting Plaintiff a clerk's default against Defendant. Plaintiff argues that he is entitled to entry of a clerk's default because Defendant was served on July 3, 2013, and has failed to file an answer or otherwise respond to Plaintiff's Complaint. For the reason explained below, the Court finds Plaintiff's motion due to be **DENIED**.

Pursuant to Fed. R. Civ. P. 55(a), "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failures is shown by affidavit or otherwise, the clerk must enter the party's default." However, before the Court will direct the Clerk to enter a default, the Court must review the file to determine that the Plaintiff properly effectuate service of process. *U.S. v. Donald,* 2007 WL 1810357, *1 (M.D. Fla. June 24, 2009).

Here, upon review of the Affidavit of Service (Doc. 8-1), the Court finds that Plaintiff has failed to show that Defendant was served. The Affidavit of Service provides that the summons and complaint were delivered to CT Corporation System as registered agent for Defendant. Defendant's registered agent is NRAI Services, Inc., not CT Corporation System. Further, the Affidavit of Service provides that the registered agent was not available between the statutory hours of 10 am-12 pm. However, the Affidavit of Service also provides that service was attempted at 9:45 am, fifteen minutes before Defendant's registered agent was required by law to keep the registered office open. *See* Fla. Stat. § 48.091(2). Because Plaintiff has failed to show that Defendant was properly served,

**IT IS HEREBY ORDERED:**

Plaintiff's Motion for Entry of Clerk's Default (Doc. 9) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on August 23, 2013.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties